UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DEL VALLE BRANDS, INC., a Florida
corporation,

       Plaintiff,

vs.

PINNACLE FOODS GROUP LLC,        Case No. 14-cv-23342-FAM
f/k/a PINNACLE FOODS GROUP, INC.,
a Delaware limited liability company, and
PINNACLE FOODS FINANCE LLC, a
Delaware limited liability company,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Del Valle Brands, Inc. and Defendants, Pinnacle Foods Group LLC and Pinnacle Foods Finance LLC, by and through their counsel, hereby stipulate as follows:

1. To extend the term of the existing Distributor Agreement to June 30, 2015;

2. To reconfirm that either party may terminate the Distributor Agreement only upon sixty (60) days prior written notice to the other party delivered no earlier than June 30, 2015;

3. To reconfirm the term of the July 1, 2012 Trademark License Agreement through June 30, 2015;

4. To reconfirm that all other terms of the Distributor Agreement and the Trademark License Agreement remain unchanged;

5. To confirm that the parties have agreed that Plaintiff shall continue through the Termination to have the right to market the same Pinnacle products in the following countries, Aruba, Bahamas, Belize, Curacao, Jamaica, St. Kitts, St. Maarten, Trinidad, and Mexico in which Del Valle currently markets these products;

6. To confirm that the parties shall jointly agree on the form of a written notice to be provided to all interested third parties regarding the extended term of the Distributor Agreement, the continuation of the Trademark License Agreement, and the reinstatement of the extended term of the distributorship in the eight countries identified above in paragraph 5 and Mexico;

7. That this Action shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: September 30, 2014

Respectfully submitted,

By: *s/Mary Leslie Smith*
Mary Leslie Smith (FBN: 774243)
mlsmith@foley.com
Angelica L. Boutwell (FBN: 105069)
aboutwell@foley.com
Foley & Lardner LLP
2 South Biscayne Boulevard
One Biscayne Tower, Suite 1900
Miami, FL  33131
Tel: 305-482-8400
Fax: 305-482-8600
*Attorneys for Defendants*

*s/Michael N. Kreitzer*
Michael N. Kreitzer (FBN: 705561)
mkreitzer@bilzin.com
Sacha A. Boegem (FBN: 24930)
sboegem@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel: 305-374-7580
Fax: 305-374-7593

*Attorneys for Plaintiff*