UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-23342-CIV-MORENO

DEL VALLE BRANDS, INC., a Florida corporation,

    Plaintiff,

vs.

PINNACLE FOODS GROUP LLC, f/k/a PINNACLE FOODS GROUP INC., a Delaware limited liability company, and PINNACLE FOODS FINANCE LLC, a Delaware limited liability company,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal With Prejudice (D.E. 23), filed **September 30, 2014**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Further, all pending motions are DENIED as MOOT. This case is closed. Accordingly, it is

**ADJUDGED** that the Rule 65 Consolidated Hearing scheduled for Tuesday, September 30, 2014 at 2:15 PM is CANCELED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record